**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 779 MAL 2017

          Respondent            :

                                       :   Petition for Allowance of Appeal from
                                       :   the Order of the Superior Court
         v.                    :

MICHAEL ROBBIE CALVIN BEST, II,    :

          Petitioner             :

## ORDER

**PER CURIAM**

      **AND NOW**, this 2nd day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.